**Brenda C. CLARKE, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 01–2456.

United States Court of Appeals, Fourth Circuit.

Submitted March 28, 2002.

Decided May 9, 2002.

Susan J. Firimonte, Florence, South Carolina, for Appellant. Robert D. McCallum, Assistant Attorney General, J. Strom Thurmond, Jr., United States Attorney, John B. Grimball, Assistant United States Attorney, Deana R. Ertl–Lombardi, Chief, Region VII, Thomas S. Inman, Assistant Regional, Office of the General, Social Security Administration, Denver, Colorado, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brenda C. Clarke appeals the district court's order rejecting the magistrate judge's report and recommendation and upholding the Administrative Law Judge's denial of claims for Supplemental Security Income. We affirm. We must uphold the decision to deny disability benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C.A. § 405(g) (West Supp. 2001); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Clarke v. Barnhart,* No. CA–01–2007–6–20 (D.S.C. Nov. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in

---

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before